BARKER *et al. v.* CROMPTON-HIGHLAND MILLS INC.

No. 15594. October 8, 1946.

*R. L. Addleton,* for plaintiffs in error.

*Beck, Goodrich & Beck,* contra.

ATKINSON, Justice. (After stating the foregoing facts.) This case is controlled by the rulings made in *Corley* v. *Crompton-Highland Mills Inc.,* ante.

As to George Chappell, Walter Cavender, Howard Chasteen, Linwood McGuffey, and Nathan Parker, none was a party to the original petition for injunction; nor does the record show that any of them had actual knowledge of the restraining order. Accordingly, it was error to hold them in contempt.

As to James Dunn, J. W. Short, and Wilbur Smith, though not parties to the original petition for injunction, each, in his testimony before the court, admitted knowledge of the contents of the restraining order; and there was sufficient evidence to authorize the judge to find that each had violated its terms; and therefore the court did not err in holding them in contempt.

W. F. Barker, Hozy Corley, and Hiram Giddens were each made defendants in the original petition for injunction, had been served with a copy of the petition and restraining order, and the evidence as to each was sufficient for the judge to find that each had violated the terms of the restraining order; and therefore it was not error to hold them in contempt.

Accordingly, the judgment is affirmed as to James Dunn, J. W. Short, Wilbur Smith, W. F. Barker, Hozy Corley, and Hiram Giddens; and reversed as to George Chappell, Walter Cavender, Howard Chasteen, Linwood McGuffey, and Nathan Parker.

*Judgment affirmed in part, and reversed in part. All the Justices concur.*